UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 12-30958-DHW
                                                   Chapter 13
LARECCIA N. ELLIS,

  Debtor.

ORDER DENYING CONFIRMATION
AND DISMISSING BANKRUPTCY CASE

The chapter 13 plan filed by the debtor came on for confirmation hearing on July 9, 2012.

The debtor has not commenced payments under the plan as required by 11 U.S.C. § 1326. Accordingly, it is

ORDERED that confirmation of the plan is DENIED, and this bankruptcy case is DISMISSED. It is

FURTHER ORDERED that the chapter 13 trustee shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

Done this 16 day of July, 2012.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
   Mark A. Cavanaugh, Attorney for Debtor
   Curtis C. Reding, Trustee
   All Creditors

**NOTICE: Any unpaid filing fees remain due and payable to the Clerk of court. Failure to pay the filing fee may result in additional collection.**